IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEREK ALEXIS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:10-CV-3482-TWT-CCH |
| SUNTRUST MORTGAGE, INC., : | |
| MORTGAGE ELECTRONIC : | |
| REGISTRATION SYSTEM, INC., and : | |
| JOHNSON AND FREEDMAN, LLC, : | |
| : | |
| Defendants. : | |

## **O R D E R**

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order. Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing

for review by the District Court. If no objections are filed, the report and recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is directed to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

IT IS SO ORDERED this 20th day of April, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEREK ALEXIS, | : CIVIL ACTION NO. |
| | : 1:10-CV-3482-TWT-CCH |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| SUNTRUST MORTGAGE, INC., | : |
| MORTGAGE ELECTRONIC | : |
| REGISTRATION SYSTEM, INC., and | : |
| JOHNSON AND FREEDMAN, LLC, | : |
| | : **FINAL REPORT AND** |
| Defendants. | : **RECOMMENDATION** |

Plaintiff filed the above-styled civil action *pro se*, without benefit of counsel, on October 27, 2010. The action is before the Court on the Order [2] dated March 10, 2011 ("Order to Show Cause"), in which the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to effectuate service of process, and for want of prosecution. Because Plaintiff has failed to comply with that Order or otherwise prosecute this action, the undersigned **RECOMMENDS** that this action be **DISMISSED** for want of prosecution pursuant to Local Rule 41.3.

In the Order to Show Cause [2] dated March 10, 2011, the Court advised Plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41.2B require service of the summons and complaint upon the defendant to be made within 120 days after the filing of the Complaint, and that the person effecting service is then

required to file proof of service with the Court. Fed. R. Civ. P. 4(l)(1). Because more than 120 days had elapsed since the filing of the Complaint, the Court ordered Plaintiff to file proof of service within fourteen days or to show cause in writing within thirty days of the date of that Order why the case should not be dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41.2B. As of this date, more than thirty days have passed since the Order was entered and served on Plaintiff, but Plaintiff has failed to respond.

Local Rule 41.2B provides, in relevant part, that the Court may dismiss a case without prejudice as to any defendant not served within 120 days of the filing of the complaint. LR 41.2B, NDGa. In the instant action, more than 120 days have passed since the Complaint was filed and the Plaintiff has not filed any proof of service on any Defendant.

Local Rule 41.3A further provides that a case may also be dismissed for failure to prosecute if "[a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court in the case." LR 41.3(A)(2), NDGa. Local Rule 41.3B states that a dismissal for want of prosecution operates as an adjudication upon the merits of the action unless the Court specifies otherwise in its Order of dismissal. LR 41.3B, NDGa.

As of this date, Plaintiff has failed to comply with the Court's Order to Show Cause [2].

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED** for want of prosecution, pursuant to Local Rules 41.2B and 41.3A(2). *See* LR 41.2B and 41.3A(2), NDGa. Because Local Rule 41.2B provides that any dismissal for failure of service shall be without prejudice, and because the Plaintiff is proceeding *pro se* in this case, **IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**.

As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned. Accordingly, the Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned.

IT IS SO RECOMMENDED this 20th day of April, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE