IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEREK ALEXIS,
   Plaintiff,
     v.

SUNTRUST MORTGAGE, INC., et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-3482-TWT

ORDER

This is an action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to effectuate service of process. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 12 day of May, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Alexis\r&r.wpd